UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Connie H.,

Plaintiff,

v.

Frank Bisignano, *Commissioner of Social Security*,

Defendant.

File No. 25-cv-2247 (ECT/EMB)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

Magistrate Judge Elsa M. Bullard issued a Report and Recommendation on July 31, 2026. ECF No. 15. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 15] is **ACCEPTED**;
2. Plaintiff Connie H.'s request for relief [ECF No. 10] is **DENIED**;
3. The Commissioner's request for relief [ECF No. 12] is **GRANTED**; and
4. The Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 17, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court